UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Johnny Jones
                                       Plaintiff,

v.                                                                                           Case No.: 1:17−cv−08218
                                                                                          Honorable Amy J. St. Eve

Wexford Health Sources, Inc., et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 30, 2018:

      MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 1/30/2018 and continued to 3/28/2018 at 08:30 AM. Wexford's partial motion to dismiss [16] is granted without objection. Plaintiff's respondeat superior claim against defendant Wexford is dismissed. Mandatory initial discovery disclosures shall be made by 2/13/18. Written discovery shall be issued by 2/27/18. Fact discovery shall be completed by 9/14/18. Plaintiff's expert disclosures by 10/1/18, with said depositions completed by 10/31/18. Defendant's expert disclosures by 11/30/18, with said depositions completed by 12/21/18. Any rebuttal expert shall be disclosed by 1/14/19. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.