## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Johnny Jones

                                                 Plaintiff,

v.                                                                                                Case No.: 1:17−cv−08218
                                                                                                Honorable Mary M. Rowland

Wexford Health Sources, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 25, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Counsel appeared telephonically. The Court informed the parties of the Northern District of Illinois' plan for conducting trials during the ongoing pandemic. For further information discussed in court regarding COVID 19 precautions and testing, parties are required to visit Coronavirus/COVID−19 Guidance available on the Northern District of Illinois home webpage. Jury trial set for the week of 12/6/21 at 10:00am. The Court will reserve 4 trial days including jury selection. Final pretrial conference will be held in courtroom 1225 on 11/23/21 at 11:00 a.m. Counsel should appear in person to be able to view the courtroom. Parties are directed to review and comply with Judge Rowland's standing order for Proposed Pretrial Orders, available on her website. The joint proposed final pretrial order is due by 11/16/21. All motions in limine, including any Daubert motions, due by 11/8/21. Responses to motions in limine and Daubert motions due by 11/15/21. The parties joint proposed voir dire questions and proposed jury instructions and verdict forms are due 11/16/21. By 11/17/21 the parties must provide the Court with an exhibit binder containing an exhibit list and copies of the objected−to exhibits only. After ruling on the exhibits, two binders of the final pre−marked exhibits with exhibits lists should be provided to the court by 12/1/21. The Court also requires a copy of the exhibits on a thumb drive, also delivered by 12/1/21. At least three weeks prior to trial, the parties shall contact the Court's systems department ((312) 435−5555) to coordinate any specific evidence presentation needs and schedule a date before trial to review the courtroom technology. Required courtesy copies and thumb drive should be delivered to the courtroom deputy (Room 1226) by 5:00pm on the due date. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.